UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

RYLAN NELSON,

    *Plaintiff*,

    v.                        Civil Case No. 1:22-cv-00012

SOUTHERN NEW HAMPSHIRE
MEDICAL CENTER,

    *Defendant*.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties in the above-captioned action, by their respective counsel, hereby stipulate that the action is dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| SOUTHERN NEW HAMPSHIRE MEDICAL CENTER, | RYLAN NELSON, |
| By its attorneys, | By her attorney, |
| JACKSON LEWIS P.C., | By:   */s/ Kirk C. Simoneau* |
| | Kirk C. Simoneau, NH Bar #19291 |
| By:   */s/ John Prendergast* | 46 Technology Way, Suite 2W7A |
| John D. Prendergast, NH Bar #266236 | Nashua, NH 03060 |
| 100 International Drive, Suite 363 | (603) 336-2028 |
| Portsmouth, NH 03801 | kirk@redsneakerlaw.com |
| Tel. (603) 559-2700 | |
| John.Prendergrast@jacksonlewis.com | |

Certificate of Service

      I hereby certify that the foregoing was filed with the Court using the Court's ECF filing system and that a copy was served on all counsel of record via the Court's ECF filing system.

| | |
|---|---|
| Date: June 21, 2022 | */s/ John D. Prendergast* <br> John D. Prendergast |

4881-6317-5205, v. 1